## FRED COOPER *v.* MARY M. COOPER

[No. 26, January Term, 1939.]

*Decided March 8th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*Malcolm J. Coan,* with whom was *Howard C. Bregel* on the brief, for the appellant.

*Frank L. Caplan,* for the appellee.

SHEHAN, J., delivered the opinion of the Court.